1538

**2010–0352. State v. Washington.**
Franklin App. No. 06AP–2, 2007-Ohio-3212. On motion for leave to file delayed appeal. Motion denied.

**2010–0377. State v. Sayles.**
Hamilton App. No. C–090596. On motion for leave to file delayed appeal. Motion denied.
  PFEIFER, J., dissents.

**2010–0401. State v. Brown.**
Hamilton App. No. C–081198. On motion for leave to file delayed appeal. Motion denied.

**2010–0462. State v. Siller.**
Cuyahoga App. No. 94417. On motion for stay of court of appeals' judgment pending appeal. Motion granted.
  PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2009–1974. State v. Dehler.**
Trumbull App. No. 2008–T–0061, 2009-Ohio-5059. Discretionary appeal accepted on Proposition of Law Nos. IV and V; cause held for the decisions in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and 2008–0991 and 2008–0992, *Chojnacki v. Cordray*, Warren App. No. CA2008–03–040; and briefing schedule stayed.
  MOYER, C.J., would also accept the appeal on Proposition of Law No. II.
  PFEIFER and LUNDBERG STRATTON, JJ., would accept the appeal on all Propositions of Law. O'CONNOR, J., would accept the appeal on Proposition of Law Nos. III and IV only.
  O'DONNELL, J., dissents and would remand the cause to the court of appeals for a ruling on the certified conflict.
  LANZINGER, J., not participating.

**2010–0135. State v. Smith.**
Licking App. No. 09–CA–31, 2009-Ohio-6449. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.
  PFEIFER, J., would accept the appeal on all Propositions of Law.
  LANZINGER, J., would accept the appeal on Proposition of Law No. I only.
  LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2010–0148. State v. Downing.**
Franklin App. No. 09AP–420, 2009-Ohio-6482. Discretionary appeal accepted; cause held for the decision in 2009–1086, *Gildersleeve v. State*, Cuyahoga App. Nos. 91515, 91516, 91517, 91518, 91519, 91521, 91522, 91523, 91524, 91525, 91526, 91527, 91528, 91529, 91530, 91531, and 91532, 2009-Ohio-2031; and briefing schedule stayed.
  PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent.

**2010–0256. In re McClurg.**
Hamilton App. No. C–081233. Discretionary appeal accepted; cause held for the decisions in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234, and 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
  MOYER, C.J., and O'CONNOR, J., would accept the appeal on Proposition of Law Nos. I and II only.